698

No. 649.   Cox v. Wilson, Warden, et al.   March 25, 1940.

No. 709.   In re Edmond C. Fletcher.   March 25, 1940.

No. 723.   Employers Liability Assurance Corp. v. Newton.   March 25, 1940.

No. 694.   Arbetman et al. v. Reconstruction Finance Corporation et al.   April 1, 1940.

No. 386.   Dickinson Industrial Site, Inc., v. Cowan et al.   April 8, 1940.

No. 711.   Holt v. United States.   April 8, 1940.

No. 499.   Federal Communications Commission v. Sanders Brothers Radio Station.   See ante, p. 642.

No. 5.   Woodring, Secretary of War, et al. v. Wardell, Receiver; and
No. 6.   Inland Waterways Corp. et al. v. Young, Receiver.   April 22, 1940. Petitions for rehearing denied.   Mr. Justice Reed and Mr. Justice Murphy took no part in the consideration and decision of these applications.

No. 463.   Berger, Receiver, v. Chase National Bank;
No. 464.   Schram, Receiver, v. Same;
No. 465.   Wardell, Receiver, v. Same;